SKLAR WILLIAMS PLLC
Crane M. Pomerantz, Esq.
Nevada Bar No.: 14103
410 South Rampart Boulevard
Las Vegas, Nevada 89145
Telephone: (702) 360-6000
Facsimile: (702) 360-0000
Email: cpomerantz@sklar-law.com

*Attorneys for Defendant Crystal Ewing*

**UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF NEVADA**

| | |
|---|---|
| United States,<br><br>                    Plaintiff,<br>   vs.<br><br>Crystal Ewing,<br><br>                    Defendant. | Case No.: 2:19-CR-00170-APG-CWH<br><br>**Unopposed Motion to Terminate Pre-Trial Supervision** |

Defendant Crystal Ewing (the "defendant" or "Ms. Ewing"), by and through undersigned counsel, moves this Court, pursuant to 18 U.S.C. §§ 3142(c)(3) and 3145(a)(2), for an Order terminating Pre-Trial Supervision as a condition of her release on a personal recognizance bond. This motion is supported by Ms. Ewing's Pre-Trial Services Officer Jessie Moorehead and is unopposed by the United States.

**Points and Authorities**

Ms. Ewing made her Initial Appearance before the Court on July 31, 2019, pursuant to a Superseding Information and Plea Agreement. ECF No. 9. She was released on a personal recognizance bond; one of the conditions of her release was Pre-Trial Services supervision. Ms. Ewing has been successfully supervised by Mr. Moorehead since that time. She has been totally

1

compliant since her release and, given her age, the crime to which she pled, and her personal characteristics, she has been deemed by Pre-Trial Supervision to be a low-risk supervisee.[1]

On May 18, 2021, undersigned counsel received an electronic mail message ("email") from Mr. Moorehead recommending that Ms. Ewing be removed from supervision. As Mr. Moorehead noted:

> I just don't think she is benefiting from supervision and Pretrial Services could focus our supervision on other defendants with risk. I wouldn't expect any issues with Ms. Ewing if the court removed her Pretrial supervision.

Email dated May 18, 2021 from Jessie Moorehead to Crane Pomerantz. Thereafter, by email dated May 25, 2021, government counsel indicated that they do not object to removing Ms. Ewing from supervision. Ms. Ewing understands that, if this motion is granted, all other conditions of release will remain in place.

## Conclusion

For all of the foregoing reasons, Ms. Ewing respectfully requests that the Court issue an Order modifying her conditions of release to terminate Pre-Trial Services Supervision.

DATED this 3rd day of June, 2021.

SKLAR WILLIAMS PLLC

_____
Crane M. Pomerantz, Esq.
Nevada Bar No.: 14103
410 South Rampart Blvd, Suite 350
Las Vegas, NV 89145

*Attorneys for Defendant Ewing*

IT IS SO ORDERED:

Dated: June 3, 2021

_____
ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE

---

[1] At Mr. Moorehead's direction, Ms. Ewing does not physically report to the Pre-Trial Services Office, due to her poor health.