# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>            Plaintiff,<br><br>v.<br><br>CRYSTAL EWING,<br><br>            Defendant. | Case No. 2:19-cr-170-APG-DJA<br><br>**Order Granting Motion to Dismiss the Information** |

Pursuant to Federal Rule of Criminal Procedure 48(a), and upon leave of Court, the government hereby dismisses the Information in the above-captioned case.

Respectfully submitted,

GUSTAV W. EYLER
Director

*s/ Timothy Finley*
TIMOTHY FINLEY
DANIEL ZYTNICK
Trial Attorneys

Leave of Court is hereby granted for the filing of the above dismissal of the Information in the above-captioned case under Rule 48(a).

DATED this <u>13th</u> day of <u>August</u>, 2021.

HONORABLE ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE